# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SHANE A. DELORENZE,

    Petitioner,

v.

RON HAYNES,

    Respondent.

CASE NO. 3:19-cv-05578-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Petition is denied.

(3) A certificate of appealability is denied.

(4) As the Court denies the Petition and will not issue a certificate of appealability, the Court finds petitioner should not proceed *in forma pauperis* on appeal.

**DATED** this 16th day of January, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1